No. 672. SEABOARD AIR LINE R. Co. *v.* ATLANTA, BIRMINGHAM & COAST R. Co. April 14, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the

738

Fifth Circuit denied. *Messrs. W. R. C. Cocke, James F. Wright* and *Robert S. Parker* for petitioner. *Mr. John A. Hynds* for respondent.